**648**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**J. Felix BRITO–GILES, a/k/a Michael
Sanchez Gutierrez, Defendant—
Appellant.**

No. 03–10254.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Michael Thomas Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

J. Felix Brito–Giles appeals his conviction and 42–month sentence for illegal reentry after removal in violation of 8 U.S.C. § 1326(b)(2). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Brito–Giles has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro

se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

